Sharon A. LEVETT, Appellant,

v.

Jerry D. LEVETT, Respondent.

No. WD 47797.

Missouri Court of Appeals,
Western District.

March 22, 1994.

Steven E. Raymond, Shelbyville, for appellant.

Hadley E. Grimm, Macon, for respondent.

Before ULRICH, P.J., and
BRECKENRIDGE and SPINDEN, JJ.

## ORDER

PER CURIAM.

Sharon Levett appeals the trial court's decree dissolving her marriage to John Levett. We affirm. Rule 84.16(b).